# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re  **Kareilya Shantia Hendrix**                                  Case No.
                                  Debtor(s)                                        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## AND DISCLOSURE OF POST-PETITION PAYMENT OF ATTORNEY FEES

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................................... $  **1600.00**
   Prior to the filing of this statement I have received ........................................................ $  **0.00**
   Balance Due ........................................................................................................................ $  **1600.00**

2. $**78.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor        ☐ **X** Other (See (8) below):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: no limitation except as set forth in paragraph 7 below.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following:
   a. These fees do not include court filing fees; Client shall be responsible for all court costs associated with this case. The attorney fees do include the costs for the required credit and financial management courses, the costs to obtain Client's credit report, and the costs to obtain Client's applicable tax transcript(s).
   b. The contract between the parties does not include fees for representing Client in adversary proceedings. If Client is served with an adversary proceeding complaint, Attorney shall take appropriate steps to protect Client's best interests until such time as Client informs Attorney that Client does not wish to litigate the matter, Client affirmatively declines Attorney's representation, Client obtains other counsel, or Attorney is allowed to withdraw by the Court.
   c. The parties have agreed that Attorney may seek an additional fee up to $700 for each Motion to Redeem Personal Property which is filed by Attorney and approved by the Court in this case.
   d. Client shall be responsible for the costs to obtain property valuations and witness fees if they become necessary in this case.

8. Client wishes to file a petition under Chapter 7 of the Bankruptcy Code. Client is unable to pay the Attorney fee in full prior to filing the case. Client has agreed to allow the Attorney fee to be paid in installments commencing approximately one month after filing. Client acknowledges that there is a split of authority nationwide regarding the propriety of accepting post-petition payments for Chapter 7 attorney fees. Client further acknowledges that the Northern District of Georgia is in the minority of the Courts that does allow these post-petition payments.

   Client agrees that the fees shall be debited from Client's bank account at the rate of $160.00 Monthly beginning on January 17, 2025 and continuing until paid in full.

   Client agrees that if the honoring of a payment would cause client a hardship, Client shall give at least 48 hours notice to Attorney by direct contact (e-mail or in person or in a phone conversation) to Attorney to have said payment postponed. Client agrees that if garnished funds are recovered by Attorney, those funds shall first be applied to the balance owed on Attorney fees and the remainder will be paid to the Client. Client agrees to cooperate in the processing of any check regarding the recovered funds

Dated: 11/18/2024
        Signed: /s/
            Kareilya Shantia Hendrix

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. I certify that a copy of each of the notices required by 11 U.S.C. Section 342(b), Section 527(a)(2), and Section 527(b) has been provided to, and discussed with, the debtor(s).

Dated: 11/18/2024
        Attorney: /s/
            Celia R. Washington, GA Bar No. 044108
            Attorney, for the Firm

**CLARK & WASHINGTON, P.C.**
3300 NORTHEAST EXPRESSWAY
BUILDING 3
ATLANTA, GA 30341
770-488-9338